EHS
F.# 2019R00476

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VOLODYMR TYMOSHCHUK,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 23-324 (PKC)

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ellen H. Sise, for an order unsealing the superseding indictment and arrest warrant.

WHEREFORE, it is ordered that the superseding indictment and arrest warrant be unsealed.

Dated:   Brooklyn, New York
        September 9, 2025

                                              THE HONORABLE TARYN A. MERKL
                                              UNITED STATES MAGISTRATE JUDGE
                                              EASTERN DISTRICT OF NEW YORK